UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEDCEM S.r.l.,

        Plaintiff,

- against -

ALS ALLGEMEINE LAND –
U.SEEPEDITION G.m.b.H.

        Defendant.
-----------------------------------------------------------X

JUDGE CROTTY

08 CV 2029

08 CV _____
ECF CASE

FEB 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: February 29, 2008
       New York, NY

        The Plaintiff,
        MEDCEM S.r.l.,

        By: _____
        Claurisse A. Campanale-Orozco (CC 3581)
        Lauren C. Davies (LD 1980)
        TISDALE LAW OFFICES, LLC
        11 West 42nd Street, Suite 900
        New York, NY 10036
        (212) 354-0025 – phone
        (212) 869-0067 – fax
        corozco@tisdale-law.com
        ldavies@tisdale-law.com